No. 420. HOWARD ET AL. *v.* HOSKINS ET AL. Motion for an extension of time to file petition for writ of certiorari denied. Petition for writ of certiorari to the Supreme Court of Mississippi denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). *Leon A. Ransom* and *Perry W. Howard* for petitioners.

No. 523. UNITED STEELWORKERS OF AMERICA, CIO, LOCAL 2286, ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Arthur J. Goldberg* and *Thomas E. Harris* for petitioners. *Solicitor General Cummings, Assistant Attorney General Baldridge, Robert L. Stern, Philip Elman, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 199, Misc. WILSON *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. Smith Troy,* Attorney General of Washington, and *Rudolph Naccarato,* Assistant Attorney General, for respondent.

No. 229, Misc. FARNSWORTH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 261, Misc. PYLE *v.* KANSAS ET AL. Supreme Court of Kansas. Certiorari denied.

No. 264, Misc. NATIONS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. District Court of Brown County, Brownwood, Texas. Certiorari denied.